■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIPE RODRIGUEZ, Appellant. [620 NYS2d 966] —Appeal by the defendant, by permission, from an order of the Supreme Court, Queens County, dated July 30, 1993, which, after a hearing, denied his motion pursuant to CPL article 440 to vacate a judgment of conviction of the same court, rendered May 29, 1990.

Ordered that the order is affirmed.

The defendant's contention that his judgment of conviction should be vacated because the People failed to disclose certain material at trial pursuant to *People v Rosario* (9 NY2d 286, *cert denied* 386 US 866) and *Brady v Maryland* (373 US 83) is without merit. The record supports the hearing court's determination that the material in question was turned over to the defense. Bracken, J. P., Copertino, Pizzuto and Hart, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHIE SHAW, Also Known as RICHIE SHOW, Appellant. [620 NYS2d 275] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Jones, J.), rendered June 29, 1993, convicting him of attempted robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Balletta, O'Brien, Hart and Florio, JJ., concur.